## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No.: | 15-28698 |
| Indalecio Hernandez | ) | | |
| Olivia Vargas | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Donald R. Cassling |

### NOTICE OF MOTION

To:   Indalecio Hernandez & Olivia Vargas, 1349 Andover Dr, Aurora, IL, 60504

**Glenn B Stearns, 801 Warrenville Road, STE 650, Lisle, IL 60532**

**Office of the U.S. Trustee, 219 S. Dearborn St., Suite 873, Chicago, IL 60604**

**David Casper, CEO, BMO Harris Bank, 111 W. Monroe Street, Chicago, IL 60603 (by certified mail)**

**PLEASE TAKE NOTICE** that on **November 6, 2015 at 10:00 a.m.** I shall appear before the Honorable Judge **Donald R. Cassling** at , Kane County Courthouse, 100 S. 3rd St., #240, Geneva IL 60134 and then and there present the attached **MOTION TO DETERMINE THE VALUE OF SECURITY**, a copy of which is attached hereto.

By:   /s/ *Alex Wilson*
Alex Wilson

### CERTIFICATE OF SERVICE

I, Alex Wilson, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a property addressed envelope, postage prepaid, for 55 E. Monroe St., Suite 3400, Chicago, Illinois, on 9/29/2015.

By:   /s/ *Alex Wilson*
Alex Wilson

**Attorneys for the Debtors**
Geraci Law, L.L.C.
55 E. Monroe St., #3400
Chicago, IL 60603
(Ph): 312.33.1800  (Fax): 877.247.1960

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No.: | 15-28698 |
| Indalecio Hernandez | ) | | |
| Olivia Vargas | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Donald R. Cassling |

## MOTION TO DETERMINE THE VALUE OF SECURITY

NOW COME Mr. & Mrs. Indalecio Hernandez (the "Debtors"), by and through their attorneys, Geraci Law, L.L.C., to present their **MOTION TO DETERMINE THE VALUE OF SECURITY**, and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157(b), and 1334 and this is a "core proceeding" under 28 U.S.C. § 157(b)(2)(K).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Code on 08/21/2015.

3. The Debtors' plan has yet to be confirmed. The next pending confirmation hearing at the time of filing this Motion is for 10/16/2015.

4. Pursuant to 11 U.S.C. § 506 and Fed. R. Bankr. P. 3012, Debtors now seek to determine the value of his real estate located at 1349 Andover Dr, Aurora, IL, 60504 (hereinafter "Real Estate").

5. Debtors are the owners of and reside in the Real Estate.

6. Debtors believe the fair market value of the real estate to be $111,000. (Ex. A).

7. The Real Estate is encumbered by a first mortgage that is held by Seterus Inc in the amount of $121,500. (Ex. B).

8. The Real Estate is further encumbered by a second mortgage that is held by BMO Harris.

9. The amount of the first mortgage, $121,500, exceeds the value of the Real Estate, $111,000.

10. Debtors' Chapter 13 Plan calls for the debt held by BMO Harris to be treated as a wholly unsecured claim, as there is no equity in Debtors' home to which it could attach.

WHEREFORE, Mr. & Mrs. Indalecio Hernandez and Olivia Vargas pray that this Honorable Court enter an order that determines the value of their real estate located at 1349 Andover Dr, Aurora, IL, 60504 to be less than the amount of the first mortgage held by Seterus Inc., and for such other relief as this Court deems just.

/s/ Alex Wilson
Alex Wilson
Attorneys for the Debtors
Geraci Law, L.L.C.
55 E. Monroe St., #3400
Chicago, IL 60603
(Ph): 312.33.1800  (Fax): 877.247.1960